In the Matter of WILLIAM SCHWARTZ, Appellant, against BOARD OF ESTIMATE OF THE CITY OF NEW YORK, as Head of the New York City Employees' Retirement System, et al., Respondents.

Submitted October 18, 1954; decided October 22, 1954.

*Adrian P. Burke, Corporation Counsel* (*Seymour B. Quel* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed pursuant to section 578 of the Civil Practice Act.